UNITED STATES DISTRICT COURT 4: 03
SOUTHERN DISTRICT OF NEW YORK

Elijah Ibm Bey ARR (ex.Rel. ELIJAH PALMGREN)
Sui-Juris in propria persona

Write the full name of each plaintiff.

18 CV 7878

(Include case number if one has been assigned)

-against-

PO. JOHN NUGENT, LT. BRIAN HOLSHER,
Det. JAMES SEPULVEDA, PO. ELISA BENJAMIN,
ADA PATRICK NELLIGAN

**COMPLAINT**

Do you want a jury trial? with my peers
☑ Yes   ☐ No
Meaning a jury of moors.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

2nd Amendment: The Right to Bear Arms
4th Amendment: Unreasonable Search and Seizure
6th Amendment: Speedy & Public Trial
8th Amendment: Excessive Bail

### B.  If you checked Diversity of Citizenship

   1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Elijah Jbn Bey__, is a citizen of ~~the State of~~
(~~Plaintiff's name~~) Appellation

_____
(~~State in which the person resides and intends to remain.~~)

~~or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of~~

Morocco, Northwest Amexem.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __ADA PATRICK NELLIGAN__, is a citizen of the State of
(Defendant's name)

__United States of America (New York State?)__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant. __SEE ATTACHED__

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Elijah__   __Ibn__   __Bey__
~~First Name~~ *Appellation*   ~~Middle Initial~~   ~~Last Name~~

__c/o 327 Saint Nicholas Ave. Apt. 4L__
Street Address

__New York Territory__   __New York Republic__   __[10027]__
County, City   State   Zip Code

__914-469-5257__   __Eazyymeera1@gmail.com__
Telephone Number   Email Address (if available)

Page 3

Defendant: PO JOHN NUGENT
Citizen: United States of America (NY)?

Defendant: Lt. BRIAN HOLSHEK
Citizen: United States of America (NY)?

Defendant: Det. JAMES SEDULVEDA
Citizen: United States of America (NY)?

Defendant: PO ELISA BENJAMIN
Citizen: United States of America (NY)?

3b

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed. See attached

Defendant 1:   PATRICK   NELLIGAN
First Name      Last Name
Assistant District Attorney
Current Job Title (or other identifying information)
One Hogan Place
Current Work Address (or other address where defendant may be served)
New York          New York          10013
County, City      State             Zip Code

Defendant 2:   JOHN   NUGENT
First Name      Last Name
Police Officer #16211
Current Job Title (or other identifying information)
NYPD Patrol Borough Manhattan North
Current Work Address (or other address where defendant may be served)
New York          New York
County, City      State             Zip Code

Defendant 3:   BRIAN   HOLSHEK
First Name      Last Name
Lieutenant
Current Job Title (or other identifying information)
33rd Precinct 2207 Amsterdam Ave
Current Work Address (or other address where defendant may be served)
New York          New York          10032
County, City      State             Zip Code

Page 4

Defendant #5: ELISA BENJAMIN
Current Job: Police Officer 21073
PBMN

Defendant 4: **JAMES** **SEPULVEDA**
First Name / Last Name

Detective   #3405
Current Job Title (or other identifying information)

NYPD Patrol Borough Manhattan North
Current Work Address (or other address where defendant may be served)

New York / New York / 1
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: near by 600 W 125th street NY, NY 10027

Date(s) of occurrence: July 22nd, 2017

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

July 22nd, 2017 → Around 1AM, I left a Mc.Donald's drive-thru and noticed an unmarked car. It pulled up and stopped behind me at the redlight then pulled me over once the light turned green. Officer #1 (older white male) approached the car on my side, at no point did he state the nature of the traffic stop. He was gripping his gun the entire time and asked me if I was smoking. Officer #2 (mid age white male) was on the other side with a flashlight looking into the car. Officer #1 told me to get out of the car. I was walked to the trunk where Officer #3 (spanish mid age male) stood. Violating my 4th Amendment by searching my car without a warrent or Corpus delicti, Officer #2 searched the car, broke into the locked glove box and once he discovered the gun, he yelled out "lunch!" to the other two Officers. After a brief moment of celebration, Officer #2 told Officer #3 "You Picked A Good One!"

Page 5

as he confiscated the firearm thus violating my 2nd Amendment right to bear arms. I was placed in handcuffs that was extremely uncomfortable because they were too tight by Officer #2. I was driven to the station with Officers #1 and #2. I was never told why I was under arrest and my miranda rights were never read to me at any point. I was held at $20,000 bond, an excessive amount especially for my first offense, thus violating my 8th Amendment. The case is still ongoing. I've written and filed a Writ of Prohibition and Quo Warranto, that was never answered. Then I filed a Notice of Default Judgement to dismiss the case and I have yet to recieve my stolen property. I did not have a speedy trial thus violating my 6th Amendment, right to a speedy + public trial.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

On my right and left wrists, there were welts and deep imprints from the handcuffs. They stayed for several days after. No medical attention was offered.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

84,300,000 ounces of gold and silver

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 8/20/18

Plaintiff's Signature: Elijah Ibm Bey

First Name: Elijah
Middle Initial: IbM
Last Name: Bey

Street Address: C/o 327 Saint Nicholas Ave Apt. 4L

County, City: New York Territory
State: New York Republic
Zip Code: 10027

Telephone Number: 914 469 5257
Email Address: eazyymeeen1@gmail.com

I have read the "Pro Se (Nonprisoner) Consent to Receive Documents Electronically:"
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.