UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIJAH IBM BEY a/k/a ELIJAH PALMGREN,

Plaintiff,

-against-

P.O. JOHN NUGENT; LT. BRIAN HOLSHER; DET. JAMES SEPULVEDA; P.O. ELISA BENJAMIN; ADA PATRICK NELLIGAN,

Defendants.

**ORDER**

18 Civ. 7878 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In this Section 1983 case, pro se Plaintiff Elijah Ibm Bey alleges that his constitutional rights were violated on July 22, 2017, when officers of the New York City Police Department conducted a traffic stop, searched Plaintiff's vehicle without a warrant, recovered a firearm, and placed Plaintiff under arrest. (Cmplt. (Dkt. No. 2) at 7-8) In a November 14, 2018 Order, this Court stayed this matter pending resolution of a related criminal case pending in Supreme Court of the State of New York, New York County. (Dkt. No. 18) On November 12, 2019, defense counsel informed this Court that Plaintiff pleaded guilty on October 3, 2019, to Attempted Criminal Possession of a Weapon in the Second Degree, and was sentenced to one year imprisonment. (Dkt. No. 23)

Accordingly, the stay of proceedings in this matter is hereby lifted.

Dated:  New York, New York
        December 23, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge