USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ELIJAH IBM BEY,

                Plaintiff,

    - against -

P.O. JOHN NUGENT, et al.,

                Defendants.

---------------------------------------------------------------X

18-cv-7878 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Court is in receipt of Defendant Patrick Nelligan's request for leave to file a motion to dismiss in lieu of an answer by February 4, 2020. While the Court does not comment on the merits of Defendant Nelligan's proposed motion to dismiss, his request to file such on or before February 4, 2020 is hereby GRANTED.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2020
       New York, New York

Copies transmitted to all counsel of record and mailed to:

    Elijah Ibm Bey
    327 Saint Nicholas Avenue
    #4L
    New York, New York 10027