```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIJAH IBM BEY,                                              :     18-cv-7878 (PGG) (RWL)
                                                             :
                            Plaintiff,                       :     **ORDER**
                                                             :
            - against -                                      :
                                                             :
P.O. JOHN NUGENT, et al.,                                    :
                                                             :
                            Defendants.                      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED 2/24/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 4, 2020, Defendant New York County Assistant District Attorney Patrick Nelligan filed a Motion to Dismiss the Complaint as against him in this action. (Dkt. 30.) Plaintiff Elijah Ibm Bey is directed to file any response or opposition to the motion, if any, by March 19, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2020
       New York, New York

Copies transmitted to all counsel of record and mailed to:

Elijah Ibm Bey
237 Saint Nicholas Avenue, #4L
New York, New York 10027