```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIJAH IBM BEY,                                             :    18-cv-7878 (PGG) (RWL)
                                                            :
                      Plaintiff,                            :    ORDER
                                                            :
          - against -                                       :
                                                            :
P.O. JOHN NUGENT, et al.,                                   :
                                                            :
                      Defendants.                           :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 4, 2020, Defendant Nelligan filed a motion to dismiss. Plaintiff's opposition, if any, was due March 19, 2020. No opposition has been filed. Accordingly, the Court will extend Plaintiff's opportunity to respond, nunc pro tunc, to April 15, 2020. If no response is filed, the Court will proceed to decide the motion to dismiss based only on the submissions as of March 19, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2020
       New York, New York

Copies transmitted to all counsel of record and mailed to:
    Elijah Ibm Bey
    327 Saint Nicholas Avenue
    #4L
    New York, New York 10027

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3/26/2020*