UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIJAH IBM BEY,

                Plaintiff,                      18 **CIVIL** 7878 (PGG) (RWL)

       -against-                          **JUDGMENT**

P.O. JOHN NUGENT, et al.,

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 1, 2021. This Court finds no error in Judge Lehrburger's conclusion. Accordingly, the R&R is adopted in its entirety and Plaintiff's remaining claims are dismissed without prejudice for failure to prosecute.

**Dated:**  New York, New York
         September 2, 2021

                                                          **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                        BY:
                                                               **Deputy Clerk**